IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ALEJANDRO MEIJA LOPEZ,

Petitioner,

v. 1:26-cv-2697 (LMB/WBP)

DONNOVAN WRIGHT, et al.,

Respondents.

ORDER

On August 20, 2026, petitioner Alejandro Meija Lopez ("Meija Lopez" or "petitioner"), a native and citizen of Colombia, filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 alleging that he has been unlawfully detained at the Farmville Detention Center since May 19, 2026, in violation of his due process rights and the class-wide relief ordered by the United States District Court for the Central District of California in Immigr. Ctr. for Women & Child. v. Noem, (hereinafter, "ICWC"), of which he is a class member. No. 2:25-CV-9848-AB-AS, 2026 WL 14550004, (C.D. Cal. May 20, 2026). The Petition alleges that Meija Lopez is a member of the ICWC class because he has a Form I-914, Application for T Nonimmigration Status, pending with U.S. Citizenship and Immigration Services ("USCIS"). It also alleges that Meija Lopez has an upcoming biometrics appointment with USCIS at 3:00 pm on August 26, 2026, in Morrisville, North Carolina as part of the process for his pending T visa application, [Dkt. No. 1-2] at 19; but his "continued detention is . . . directly preventing [him] from satisfying a USCIS requirement necessary", and that "ICE has failed to take any reasonable step to permit Petitioner to comply with that requirement[.]" [Dkt. No. 1] at ¶ 78. On August 21, 2026, the Court issued an order directing the federal respondents to "SHOW CAUSE as to why petitioner should not be released by 3:00 pm on Monday, August 24, 2026, to ensure that he can

appear in North Carolina for his biometrics appointment with USCIS." [Dkt. No. 2].

On August 24, 2026, the federal respondents filed their response, which asserts that "petition does not need to be released in order to appear in North Carolina for his biometrics appointment with USCIS – because ICE has ensured that any such biometrics requirement has been fulfilled." [Dkt. No. 5] at 2 (emphasis in original). Specifically, the federal respondents state that on August 18, 2026, ICE "transmitted petitioner's biometrics information to USCIS to allow the processing of the particular immigration benefit to continue," and USCIS has confirmed that it has received petitioner's biometrics information and "has formally cancelled the biometrics appointment[.]" Id.; see also [Dkt. No. 15-1] at 12-15. Having addressed Meija Lopez's emergency request for relief, the federal respondents request an additional period of time to respond to petitioner's argument that his continued detention interferes with the class-wide relief mandated by ICWC. Id. at 2-3.

Upon review, the Court finds that Meija Lopez's request for immediate release to attend his USCIS biometrics appointment is now moot, especially as USCIS has formally cancelled the appointment. The Court also finds sufficient good cause to support the federal respondents' request for additional time to respond to petitioner's additional arguments. Accordingly, the federal respondents' request is GRANTED; and it is hereby

ORDERED that the portion of the Court's August 12, 2026, Order requiring the federal respondents to show cause as to why petitioner should not be released to ensure that he can appear in North Carolina for his biometrics appointment with USCIS has been satisfied because petitioner's appointment has now been cancelled; however, the remainder of the Court's August 12, 2026, Order remains in place; and it is further

ORDERED that the federal respondents file their response to the remaining arguments in

Meija Lopez's Petition by close of business on Thursday, August 27, 2026.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 24th day of August, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge